# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39219**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Robert E. CARTER**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 19 July 2018

————————————

*Military Judge:* Lyndell M. Powell.

*Approved sentence:* Dishonorable discharge, confinement for 30 months, and reduction to E-1. Sentence adjudged 10 November 2016 by GCM convened at Joint Base Charleston, South Carolina.

*For Appellant:* Major Allen S. Abrams, USAF; Major Jarett F. Merk, USAF; Major Rebecca J. Otey, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Tyler B. Musselman, USAF; Mary Ellen Payne, Esquire.

Before MAYBERRY, JOHNSON, and DENNIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

JULIE L. ADAMS
Acting Deputy Clerk of the Court